UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nathan Moskowitz,

                Plaintiff,

-against-

Equifax Information Services, LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2020

1:19-cv-10696 (ALC) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

In light of the parties' notice that a settlement has been reached, the initial conference scheduled before the undersigned on today's date is adjourned *sine die*.

**SO ORDERED.**

DATED:    New York, New York
             February 18, 2020

_____
STEWART D. AARON
United States Magistrate Judge