UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATHAN MOSKOWITZ,

    Plaintiff,

-against-

EQUIFAX INFORMATION SERVICES, LLC,

    Defendant.

1:19-cv-10696

ORDER DENYING
REQUEST FOR STAY

MARY KAY VYSKOCIL, United States District Judge:

The Court has been advised that the parties in this case have reached a settlement in principle. The parties are advised that all existing deadlines and dates **remain in effect** unless and until the parties submit a stipulation of settlement and dismissal to the Court or, pending final execution of a settlement, request dismissal without prejudice to restoring the action to the Court's calendar within thirty days.

    SO ORDERED.

Dated: February 18, 2020
      New York, New York

_____
MARY KAY VYSKOCIL
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2020